UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER KIEFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:13-cv-00595-LJM-DML |
| | ) |
| FRANCISCAN ALLIANCE, INC., | ) |
| d/b/a ST. FRANCIS HEALTH, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the Stipulation of Dismissal with Prejudice filed jointly by Plaintiff, Jennifer Kieffer, and Defendant, Franciscan Alliance, Inc. d/b/a St. Francis Health.

AND THE COURT being duly advised in the premises having reviewed said Stipulation, hereby DISMISSES THIS ACTION, WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED

12/02/2013

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Copies to:

John H. Haskin
JOHN H. HASKIN & ASSOCIATES
jhaskin@hlllaw.com

Paul A. Logan
JOHN H. HASKIN & ASSOCIATES
plogan@hlllaw.com

John P. Ryan
HALL RENDER KILLIAN HEATH & LYMAN
jryan@hallrender.com

Craig M. Williams
HALL RENDER KILLIAN HEATH & LYMAN
cwilliams@hallrender.com

Jarrod A. Malone
HALL RENDER KILLIAN HEATH & LYMAN
jmalone@hallrender.com

1497284v.1